# First District Court of Appeal
## State of Florida

_____

No. 1D2024-1367
_____

JERMAINE LAURICE DOBSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Suwannee County.
Leandra G. Johnson, Judge.

October 14, 2025


PER CURIAM.

AFFIRMED.

LEWIS, RAY, and TANENBAUM, JJ., concur.

_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Flor Diaz-Wayt, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Amanda Bosman, Assistant Attorney General, Tallahassee, for Appellee.